IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SYLVIA TOMPKINS,

   Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-3347-TWT

## ORDER

This is an action seeking judicial review of the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge reversing the decision of the Commissioner and remanding for further proceedings. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is reversed and the case is remanded for further proceedings as described in the Report and Recommendation of the Magistrate Judge.

SO ORDERED, this 9 day of July, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge